

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00184-CV

CAROLYN R. CARMAN                                                    APPELLANT

V.

MARK HAYES AND SHIELA HAYES                                          APPELLEES
AND ALL OTHER OCCUPANTS OF
1021 PEBBLE BEACH DR.,
MANSFIELD, TX 76063

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2015-001845-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On October 5, 2015, we notified appellant that her brief was due on November 2, 2015. Appellant filed a "Motion to Substitute and for Extension of Time" on November 19, 2015, asking to substitute counsel and to extend her

---

[1]*See* Tex. R. App. P. 47.4.

briefing deadline to November 30, 2015. We granted the motion and ordered her brief due on November 30, 2015.

On December 8, 2015, we notified appellant that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we would dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a motion reasonably explaining the failure to file a brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DELIVERED: January 14, 2016